Charles BROWN, Petitioner—Appellant,

v.

Joseph M. BROOKS; United States Parole Commission, Respondents—Appellees.

No. 04–6128.

United States Court of Appeals, Fourth Circuit.

Submitted May 12, 2004.

Decided May 21, 2004.

Charles Brown, Appellant pro se. Virginia Lynn Van Valkenburg, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Brown, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brown v. Brooks, No. CA–03–346–2 (E.D.Va. Nov. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*